UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


Tanja Gavrilovic

      v.                    Civil No. 05-cv-428-PB

Woldwide Language Resources, Inc., et al


O R D E R


      The pending motions concern matters that are related to an order that the Magistrate Judge issued while REEP was represented by former counsel.  Attorney Donovan has recently entered an appearance for REEP and the Magistrate Judge recuses himself from cases in which he enters an appearance.  It would be a waste of judicial resources for me to work on the case and, while I make no finding on this issue at the present time, it would be unethical for counsel to accept an appointment for the purposes of forcing a recusal.  The McLane firm is barred from representing any party in this action on any matter that is related to any order issued by the Magistrate Judge.  REEP shall retain new counsel within 30 days to represent it with respect to the pending

motions. After counsel has appeared, the pending matters will be referred to the Magistrate Judge for resolution.

 SO ORDERED.


March 24, 2006           /s/ Paul Barbadoro
                 Paul Barbadoro
                 United States District Judge


cc: Jeffrey A. Meyers, Esq.
   Robert E. McDaniel, Esq.
   Thomas J. Donovan, Esq.