**UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE**

**Tania Gavrilovic**

    v.                             Case No. 05-cv-428-PB

**Worldwide Language Resources, Inc.**

**ORDER**

**Re:  Document No. 17, Motion for Reconsideration
of Order Relating to Recusal**

    **Ruling:** I accept counsel's representation that Attorney Donovan was not retained to force the magistrate judge's recusal. Nevertheless, I deny the Motion for Reconsideration because it would be a waste of judicial resources to require the magistrate judge's recusal in a case on which he has done substantial work simply to accommodate REEP's desire to employ Attorney Donovan.

                                       /s/ Paul Barbadoro
                                       Paul Barbadoro
                                       District Judge

Date: April 17, 2006

cc:  Jeffrey Meyers, Esq.
     Alexander Walker, Esq.
     Robert McDaniel, Esq.
     Thomas Donovan, Esq.