```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW HAMPSHIRE
```

<u>Tanja Gavrilovic</u>

    v.                              Civil No. 05-cv-428-SM

<u>Worldwide Language Resources, Inc.</u>


### ORDER

    Re:  Document No. 20, **Motion For Reconsideration**

    <u>Ruling</u>: Denied.  In my view the Report and Recommendation is not based on a manifest error of law and it is properly based upon the "Fortune Affidavit" (which is now further confirmed by the "Prince Affidavit").  A party cannot produce what it does not have.  Further, Mr. Meyers' Affidavit does not establish compliance with New Hampshire practice or Rule 7.1(c).

                                            */s/ James R. Muirhead*
                                            James R. Muirhead
                                            U.S. Magistrate Judge

Date: May 16, 2006

cc:  Thomas J. Donovan, Esq.
     Robert E. McDaniel, Esq.
     Jeffrey A. Meyers, Esq.
     Alexander J. Walker, Esq.