UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


Tanja Gavrilovic


            v.                                    Civil No. 05-cv-428-PB


Worldwide Language Resources, Inc., et al


O R D E R


        After due consideration of the objection and response filed, I herewith approve

the Report and Recommendation of Magistrate Judge Muirhead dated April 18, 2006.

        SO ORDERED.


May  16, 2006                              /s/ Paul Barbadoro
                                           Paul Barbadoro
                                           United States District Judge


cc:    Thomas J. Donovan, Esq.
       Robert E. McDaniel, Esq.
       Jeffrey A. Meyers, Esq.
       Alexander J. Walker, Esq.